# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 24-13743 (JPS) |
| | ) | |
| Michael's Inc | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Jessica E. Price Smith |

### NOTICE OF TELEPHONIC MEETING OF CREDITORS
### PURSUANT TO SECTION 341 OF THE BANKRUPTCY CODE

**TO ALL INTERESTED PARTIES:**

Andrew R. Vara, the United States Trustee for Region 9 (the "United States Trustee") hereby gives notice that the 11 U.S.C. § 341 Meeting of Creditors scheduled in this case for **October 21, 2024, at 10:00 a.m.** will be conducted entirely via tele-conference. No parties are asked to travel in order to participate in this Meeting. Accordingly, interested parties who wish to participate are asked to dial the following numbers to participate in the Meeting:

**Dial (866) 711-3592** and, upon hearing the prompt, **enter Access Code: 7627416#**

Participants are asked to keep their phones muted until asked for an appearance and until their time of questioning the Debtor's representative. Upon completion of the call, the Meeting may be continued or adjourned.

Please direct any questions or concerns to the undersigned at Kate.M.Bradley@usdoj.gov.

Dated: September 20, 2024

Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**
**REGIONS 3 AND 9**

By: */s/ Kate M. Bradley*
Kate M. Bradley (0074206)
Trial Attorney
United States Department of Justice
Office of the United States Trustee
201 Superior Avenue East, Suite 441
Cleveland, Ohio 44114
Phone: (216) 522-7807
Fax: (216) 522-7193
Email: Kate.M.Bradley@usdoj.gov