**IT IS SO ORDERED.**

**Dated:  24 September, 2024 11:53 AM**



**CHIEF JUDGE JESSICA E. PRICE SMITH**
**UNITED STATES BANKRUPTCY COURT**

GEF:car
9/17/2024

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: ) | |
| ) | CASE NO. 24-13743 |
| MICHAEL'S INC. ) | |
| ) | CHAPTER 11 |
| Debtor ) | |
| ) | JUDGE JESSICA E PRICE SMITH |

### ORDER ON EX PARTE MOTION OF DEBTOR FOR AN ORDER SCHEDULING EXPEDITED HEARING TO CONSIDER CERTAIN FIRST DAY MOTIONS AND APPROVING NOTICE THEREOF

This cause came on for consideration upon the Ex Parte Motion Of Debtor For An Order Scheduling Expedited Hearings To Consider Certain First Day Motions And Approving Notice Thereof on its Motion for Cash Collateral and Motion to Sell Property filed on September 17, 2024.

After due consideration, the Court finds the motion well taken and grants same.

IT IS THEREFORE ORDERED that the hearing on Debtor's Motion for Cash Collateral and Motion to Sell Property be held on **September 24, 2024 at 10:30am.**

Submitted by,

/s/ Glenn E. Forbes (0005513)
Glenn E. Forbes, Esq.
Attorney for Debtor
FORBES LAW LLC
166 Main Street
Painesville, OH 44077
Phone (440) 739-6211 ext. 128
gforbes@geflaw.net
bankruptcy@geflaw.net

PARTIES TO BE SERVED

Glenn E Forbes, Attorney for Debtor at bankruptcy@geflaw.net

Kate M. Bradley ust44 on behalf of U.S. Trustee United States Trustee
kate.m.bradley@usdoj.gov

| | |
|---|---|
| American Bankers Insurance Company<br><br>American Express<br>P O Box 1270<br>Newark, NJ 07101<br><br>AT & T<br>PO Box 6416<br>Carol Stream, IL 60197<br><br>BBR Investments, LLC<br>100 North Cemter St<br>Newton Falls, OH 44444-1321<br><br>Board of Lake County Commissioners<br>105 Main Street<br>Painesville, OH 44077<br><br>Ecolab<br>3960 Royal Drive<br>Kennesaw, GA 30144<br><br>Growth Capital/SBA<br>1360 East 9th St<br>Suite950<br>Cleveland, OH 44114-1737<br><br>Guest Worldwide<br>P O Box 6771<br>Somerset, NJ 08875-6771<br><br>Lake Co. Dept. of Utilities<br>P.O. Box 8005<br>Painesville, OH 44077-8005<br><br>Lake County Treasurer<br>John S. Crocker<br>Administration Building<br>105 Main Street<br>Painesville, OH 44077<br><br>Lake County Treasurer<br>John S. Crocker<br>Administration Building<br>Painesville, OH 44077 | Liberty Mutual Insurance<br><br>Marous Brothers Construction, Inc.<br>1702 Joseph Lloyd Parkway<br>Eastlake, OH 44095<br><br>Martin Lamalfa<br>5783 Heisley<br>Mentor, OH 44060<br><br>Michael LaMalfa<br>9061 Little Mountain Rd<br>Mentor, OH 44060-7908<br><br>S.A. Comunale Co., Inc.<br><br>SBA<br>PO Box 3918<br>Portland, OR 97208-3918<br><br>Spectrum Enterprise<br>P.O. Box 223085<br>Pittsburgh, PA 15251-2085<br><br>State of Ohio, Dept. of Taxation<br>30 E. Broad Street<br>Columbus, OH 43215-3428<br><br>The Illuminating Company<br>P O Box 3638<br>Akron, OH 44309-3638<br><br>Wyndham Hotels & Resorts<br>22 Sylvan Way<br>Parsippany, NJ 07054 |