IT IS SO ORDERED.

Dated: 3 October, 2024 03:02 PM



**CHIEF JUDGE JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY COURT**

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: | ) CASE NO. 24-13743 |
| | ) |
| **MICHAEL'S INC** | ) CHAPTER 11 CASE |
| | ) |
| Debtor(s) | ) JUDGE JESSICA E. PRICE SMITH |
| | ) |

## ORDER VACATING ORDER (DOCKET #27)

On September 24, 2024, this Court entered an Order on Ex Parte Motion of Debtor for an Order Scheduling Expedited Hearing to Consider Certain First Day Motions and Approving Notice Thereof (Docket No. 27) in this case. That Order was entered in error.

**IT IS ORDERED THAT** the Order (Docket No. 27), entered on September 24, 2024, is hereby vacated.

**IT IS SO ORDERED**.